**Joe LIMA, Appellant, v. UNITED STATES of America, Appellee.**

**No. 7633.**

Circuit Court of Appeals, Sixth Circuit.

May 12, 1937.

John W. L. Hicks, of Detroit, Mich., for appellant.

John C. Lehr, of Detroit, Mich., for the United States.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

In this cause it appearing that appellant's motion to be permitted to change his plea of guilty to that of not guilty was not made within ten days after the entry of his plea of guilty, as provided by rule II-(4) of the Rules of Practice and Procedure in Criminal Cases, it is ordered and adjudged that the order of the District Court denying the motion be, and the same is, affirmed.

■

**LINCOLN MILLS OF ALABAMA, a Corporation, Appellant, v. Harwell G. DAVIS, Individually and as Collector of Internal Revenue for the District of Alabama, Appellee.**

**No. 8186.**

Circuit Court of Appeals, Fifth Circuit.

May 28, 1937.

For former opinion, see 87 F.(2d) 773.

Frank E. Spain and H. H. Grooms, both of Birmingham, Ala., for appellant.

W. W. Bankhead, of Jasper, Ala., as amicus curiæ.

M. H. Eustace, Sp. Asst. to Atty. Gen., and Jim C. Smith, U. S. Atty., of Birmingham, Ala., for appellee.

Before FOSTER, HUTCHESON, and HOLMES, Circuit Judges.

PER CURIAM.

The petition for rehearing in the above numbered and entitled cause is denied.

■

**Millicent LUND, Miriam Green, and George Factor, Appellants, v. COLWOOD COMPANY, Appellee.**

**No. 7663.**

Circuit Court of Appeals, Sixth Circuit.

May 6, 1937.

Harris W. Wienner, of Detroit, Mich., and Shulman, Shulman & Abrams, of Chicago, Ill., for appellants.

Friedman, Meyers & Keys and Lightner, Crawford, Sweeny, Dodd & Toohy, all of Detroit, Mich., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal in this cause be, and the same is, dismissed, pursuant to stipulation of counsel.